LAURA E. DUFFY
United States Attorney
MARK W. PLETCHER
Assistant U.S. Attorney
Colorado Bar No.: 034615
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9714
Email: mark.pletcher@usdoj.gov

ANDREW WEISSMANN
Chief, Fraud Section
BRIAN R. YOUNG
Ohio Bar No.: 0078395
Trial Attorney, Fraud Section
Criminal Division
Tel: (202) 616-3114
Email: brian.young4@usdoj.gov

Attorneys for the United States

**FILED**

JUN 9 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-CR-1313-JLS |
| v. | **INFORMATION** |
| ROBERT GILBEAU, | Title 18, U.S.C., Sec. 1001 – False Statements |
| Defendant. | |

The United States charges that at all times relevant:

1. From approximately January 2003 to November 2004, defendant ROBERT GILBEAU ("GILBEAU") was a Commander (and Captain-select) in the United States Navy, serving as the Supply Officer onboard the USS Nimitz, where he was responsible for procuring all goods and services necessary for the operation of the ship. From approximately December 2004 to June 2005, now a Captain, GILBEAU

was selected as the Head of the Tsunami Relief Crisis Action Team in Singapore, heading the US Navy's logistics response to the Southeast Asia Tsunami in December 2004. In June 2005, GILBEAU went to the office of the Chief of Naval Operations as the Head of Aviation Material Support, establishing policies and requirements for budgeting and acquisitions for the U.S. Navy's air forces, where he served until July 2006. In August 2006, GILBEAU was assigned a year-long position in Baghdad, Iraq, where he was the Chief of Staff for the Joint Contracting Command for Iraq and Afghanistan, responsible for overseeing all military contracting for supplies, services, and construction in support of coalition forces in Operation Iraqi Freedom and Operation Enduring Freedom. After returning from Iraq, GILBEAU became the Deputy Commander for Aviation at the Naval Inventory Control Point in Philadelphia, PA, where he was responsible for aviation support and executing a 3.3 billion dollar acquisition budget. In August 2010, having been promoted to Rear Admiral, GILBEAU assumed command of the Defense Contract Management Agency International, where he was responsible for the global administration of the Defense Department's most critical contracts performed outside the United States. In November 2012 until November 2013, GILBEAU transferred to Afghanistan as the director of the Operational Contract Support Drawdown Cell, where he was responsible for reorganizing and reducing the military's contracted personnel in Afghanistan as the United States withdrew significant numbers of troops from the country.

2.   Glenn Defense Marine Asia ("GDMA") was a multi-national corporation with headquarters in Singapore. As of September 2013, GDMA had operating locations in many countries, including Japan, Thailand, Malaysia, Korea, Hong Kong, Indonesia, Australia, Philippines, and the United States. GDMA's main business was the "husbanding" of marine vessels, which involved the coordination, scheduling, and direct and indirect procurement of items and services required by U.S. Navy vessels when they arrived in port.

3.   Leonard Glenn Francis ("Francis") was the President and Chief Executive Officer of GDMA.

## COUNT 1 - FALSE STATEMENTS

4. Beginning at least in or about November 2012 and continuing until in or about October 2013, outside the jurisdiction of any particular district, defendant Robert GILBEAU knowingly and willfully made false statements and representations as to material facts, in that he misstated and misrepresented to Defense Criminal Investigative Service ("DCIS") agents and Naval Criminal Investigative Service ("NCIS") agents the nature of his relationship and his receipt of things of value over the course of years from Leonard G. Francis; whereas in truth and fact, as defendant then and there well knew, those statements and representations were false, all in violation of Title 18, United States Code, Section 1001.

DATED: June 1, 2016.

LAURA E. DUFFY
United States Attorney

By: /s/ Mark W. Pletcher
MARK W. PLETCHER
Assistant U.S. Attorney

ANDREW WEISSMANN
Chief, Fraud Section
Criminal Division

By: BYOUNG/ mwp
BRIAN R. YOUNG
Trial Attorney
Fraud Section
U.S. Department of Justice