# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>ROBERT GILBEAU (1),<br><br>Defendant. | Criminal Case No. 16CR1313-JLS<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Information .

Dated:  June 30, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge