UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT GILBEAU,<br><br>        Defendant. | Criminal No. 16CR1313-JLS<br><br>**ORDER CONTINUING<br>SENTENCING HEARING** |

    Pursuant to joint motion, IT IS HEREBY ORDERED that the Sentencing Hearing in this matter shall be continued from May 10, 2017 to May 17, 2017 at 9:00 a.m. Defendant shall file an acknowledgment of the new hearing date within one week of this Order.

    IT IS SO ORDERED.

DATED: April 19, 2017

                                                    *Janis L. Sammartino*
                                              Honorable Janis L. Sammartino
                                              United States District Judge