Ashley D. Bowman - State Bar No. 286099
  abowman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

David Benowitz – Admitted *Pro Hac Vice*
  david@pricebenowitz.com
PRICE BENOWITZ LLP
409 Seventh Street, NW, Suite 200
Washington, DC 20004
Telephone: (202) 417-6000
Facsimile: (202) 664-1331

Attorneys for Defendant Robert Gilbeau

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Robert Gilbeau,<br><br>    Defendant. | CASE NO. 16-cr-1313-JLS-1<br><br>**UNOPPOSED MOTION FOR EXTENSION OF DATE TO REPORT TO BUREAU OF PRISONS**<br><br>Status Hearing, June 30, 2017<br>Time: 9:00 a.m.<br>Crtrm.: 4A<br><br>Assigned to Hon. Janis L. Sammartino |

Defendant Robert Gilbeau, by and through his counsel of record, Ashley Dionne Bowman and David Benowitz, respectfully moves this Honorable Court for an extension of the date for Captain Gilbeau to report to the Bureau of Prisons to serve his sentence in this case from June 23, 2017, to no later than July 12, 2017.

On May 17, 2017, this Court sentenced Captain Gilbeau to 18 months incarceration in this matter. Captain Gilbeau has been designated by the Bureau of Prisons to report to FCI Terminal Island on June 23, 2017.

Captain Gilbeau was notified after the sentencing hearing in this matter that a proceeding to hear his appeal of the denial of his Veterans Affairs benefits, totaling approximately $2,400,000, has been scheduled for June 28, 2017, in Roanoke, Virginia.  Captain Gilbeau is not represented by an attorney at this hearing, but instead by an organization representative, and must personally speak extensively with the panel hearing his appeal.  Captain Gilbeau has no control over the date or location of this hearing.  Accordingly, Captain Gilbeau respectfully requests that his self-reporting date to the Bureau of Prisons to serve his sentence in this case be extended to no earlier than July 12, 2017.

Counsel has conferred with Assistant United States Attorney Mark Pletcher who has advised counsel the government does not oppose this Motion.

Respectfully submitted,

Ashley D. Bowman
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

DATED:  June 5, 2017          By:   /s/ Ashley D. Bowman

ASHLEY D. BOWMAN
Attorney for Defendant
Robert Gilbeau

David Benowitz
Price Benowitz LLP

DATED:  June 5, 2017          By:   /s/ David Benowitz

DAVID BENOWITZ
Attorney for Defendant
Robert Gilbeau

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES,** | ) |
| | ) |
| v. | ) |
| | ) Case No.: 16-cr-1313-JLS |
| | ) |
| **ROBERT GILBEAU,** | ) **CERTIFICATE OF SERVICE** |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**IT IS HEREBY CERTIFIED THAT:**

I, David Benowitz, am a citizen of the United States and am at least eighteen years of age. My business address is 409 Seventh Street, NW, Suite 200, Washington, D.C. 20009.

I am not a party to the above-entitled action. I have caused service of the Defendant's Unopposed Motion for Extension of Date to Report to Bureau of Prison to the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Mark W. Pletcher, Esq.
2. Patrick Hovakimian, Esq.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2017.

                                                  /s/ David Benowitz
                                                  DAVID BENOWITZ
                                                  Attorney for Defendant
                                                  Robert Gilbeau